UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 19-10319 (PBS) |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN M. LYNCH, | ) | |
| | ) | |
| Defendant | ) | |

## MOTION FOR RULE 11 HEARING

By and through the undersigned Assistant U.S. Attorney, the United States, with the defendant's assent, requests that the Court schedule a plea hearing in the above-captioned matter on September 12, 2019, pursuant to Fed. R. Crim. P. 11. At that time, the parties anticipate filing a Waiver of Indictment with the Court, with the defendant to plead guilty to the two-count Information, which was docketed at ECF Dkt. No. 1.

    Respectfully submitted,
    ANDREW E. LELLING
    United States Attorney

By: s/ *Dustin Chao*
    DUSTIN CHAO
    Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    s/ *Dustin Chao*
    DUSTIN CHAO
    Assistant U.S. Attorney

Date: September 4, 2019