UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | NO. .: 1:19-cr-10319-PBS |
| ) | |
| JOHN LYNCH      ) | |

NOTICE OF APPEARANCE

Now comes the undersigned counsel and hereby gives notice of his appearance of counsel for the defendant in the captioned matter.

Respectfully submitted,

/s/ Hank Brennan
_____
Hank Brennan
20 Park Plaza, Suite 400
Boston, MA 02116
(617) 201-5977
BBO # 634036

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019, the following document:

1. Defendant's Notice of Appearance

was filed electronically via the Case Management/Electronic Case Files system, and that ECF will send a Notice of Electronic Filing (NEF) to:

Dustin Chao, Esq.,
United States Attorney's Office

Dated this 6th day of September, 2019.

/s/ Hank Brennan
Hank Brennan