AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  19-CR-10319-PBS |
| John M. Lynch | ) | |
| | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____09/12/2019_____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Hank Brennan, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

JUDGE PATTI B. SARIS
*Judge's printed name and title*