# EXHIBIT A

# October 3, 2018

