# EXHIBIT B

# United States Sentencing Commission



## *Statistical Information Packet*

### *Fiscal Year 2018*
### *District of Massachusetts*

## TABLE OF CONTENTS

**Figure A**  Federal Offenders by Type of Crime                                                   1

**Figure B**  Distribution of Primary Drug Type in Federal Drug Cases                              2

**Table 1**    Distribution of Federal Offenders by Type of Crime                                  3

**Table 2**    Guilty Pleas and Trials in Each Circuit and District                                4

**Table 3**    Guilty Pleas and Trials by Type of Crime                                            7

**Table 4**    Sentence Type by Type of Crime
(National)                                                                                         8

**Table 5**    Sentence Type by Type of Crime
(District)                                                                                         9

**Table 6**    Incarceration Rate of U.S. Citizen Offenders Eligible for Non-Prison
Sentences by Type of Crime                                                                        10

**Table 7**    Sentence Length by Type of Crime                                                   11

**Table 8**    Sentence Imposed Relative to the Guideline Range                                   12

**Table 9**    Sentence Imposed Relative to the Guideline Range
in Each Circuit and District                                                                      13

**Table 10**  Sentence Imposed Relative to the Guideline Range
by Type of Crime                                                                                  16

**Figure A**

**FEDERAL OFFENDERS BY TYPE OF CRIME[1]**
**Fiscal Year 2018**

**National**



**Massachusetts**



The National figure includes the 69,425 cases reported to the Commission.  The Drugs category includes trafficking and simple possession.

The District of Massachusetts figure includes the 529 cases reported to the Commission.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Figure B**

## DISTRIBUTION OF PRIMARY DRUG TYPE IN FEDERAL DRUG CASES
## Fiscal Year 2018

### National



### Massachusetts



Of the 69,425 National cases, in 18,964 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

Of the 529 cases from the District of Massachusetts, in 202 the offender was sentenced under USSG Chapter Two, Part D (Drugs).

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 1**

**DISTRIBUTION OF FEDERAL OFFENDERS**
**BY TYPE OF CRIME**
**Fiscal Year 2018**

| TYPE OF CRIME | National | | Massachusetts | |
|---|---|---|---|---|
| | N | % | N | % |
| **TOTAL** | **69,425** | **100.0** | **529** | **100.0** |
| Administration of Justice | 730 | 1.1 | 6 | 1.1 |
| Antitrust | 53 | 0.1 | 0 | 0.0 |
| Arson | 55 | 0.1 | 0 | 0.0 |
| Assault | 692 | 1.0 | 12 | 2.3 |
| Bribery/Corruption | 317 | 0.5 | 0 | 0.0 |
| Burglary/Trespass | 41 | 0.1 | 1 | 0.2 |
| Child Pornography | 1,416 | 2.0 | 11 | 2.1 |
| Commercialized Vice | 146 | 0.2 | 0 | 0.0 |
| Drug Possession | 777 | 1.1 | 1 | 0.2 |
| Drug Trafficking | 18,747 | 27.0 | 200 | 37.8 |
| Environmental | 203 | 0.3 | 3 | 0.6 |
| Extortion/Racketeering | 288 | 0.4 | 14 | 2.6 |
| Firearms | 7,512 | 10.8 | 36 | 6.8 |
| Food and Drug | 43 | 0.1 | 2 | 0.4 |
| Forgery/Counter/Copyright | 298 | 0.4 | 1 | 0.2 |
| Fraud/Theft/Embezzlement | 6,620 | 9.5 | 60 | 11.3 |
| Immigration | 23,883 | 34.4 | 74 | 14.0 |
| Individual Rights | 67 | 0.1 | 0 | 0.0 |
| Kidnapping | 106 | 0.2 | 10 | 1.9 |
| Manslaughter | 61 | 0.1 | 0 | 0.0 |
| Money Laundering | 1,297 | 1.9 | 34 | 6.4 |
| Murder | 318 | 0.5 | 14 | 2.6 |
| National Defense | 204 | 0.3 | 2 | 0.4 |
| Obscenity/Other Sex Offenses | 384 | 0.6 | 6 | 1.1 |
| Prison Offenses | 568 | 0.8 | 2 | 0.4 |
| Robbery | 1,720 | 2.5 | 10 | 1.9 |
| Sexual Abuse | 1,067 | 1.5 | 6 | 1.1 |
| Stalking/Harassing | 213 | 0.3 | 0 | 0.0 |
| Tax | 577 | 0.8 | 21 | 4.0 |
| Other | 1,022 | 1.5 | 3 | 0.6 |

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 2**

**GUILTY PLEAS AND TRIALS IN EACH CIRCUIT AND DISTRICT**
**Fiscal Year 2018**

| CIRCUIT | | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| District | TOTAL | N | % | N | % |
| TOTAL | 69,425 | 67,610 | 97.4 | 1,815 | 2.6 |
| | | | | | |
| **D.C. CIRCUIT** | **219** | **203** | **92.7** | **16** | **7.3** |
| District of Columbia | 219 | 203 | 92.7 | 16 | 7.3 |
| | | | | | |
| **FIRST CIRCUIT** | **1,744** | **1,678** | **96.2** | **66** | **3.8** |
| Maine | 178 | 168 | 94.4 | 10 | 5.6 |
| Massachusetts | 529 | 502 | 94.9 | 27 | 5.1 |
| New Hampshire | 184 | 178 | 96.7 | 6 | 3.3 |
| Puerto Rico | 760 | 738 | 97.1 | 22 | 2.9 |
| Rhode Island | 93 | 92 | 98.9 | 1 | 1.1 |
| | | | | | |
| **SECOND CIRCUIT** | **3,479** | **3,314** | **95.3** | **165** | **4.7** |
| Connecticut | 322 | 313 | 97.2 | 9 | 2.8 |
| New York | | | | | |
| Eastern | 663 | 632 | 95.3 | 31 | 4.7 |
| Northern | 384 | 365 | 95.1 | 19 | 4.9 |
| Southern | 1,446 | 1,370 | 94.7 | 76 | 5.3 |
| Western | 503 | 476 | 94.6 | 27 | 5.4 |
| Vermont | 161 | 158 | 98.1 | 3 | 1.9 |
| | | | | | |
| **THIRD CIRCUIT** | **2,123** | **2,024** | **95.3** | **99** | **4.7** |
| Delaware | 77 | 73 | 94.8 | 4 | 5.2 |
| New Jersey | 467 | 454 | 97.2 | 13 | 2.8 |
| Pennsylvania | | | | | |
| Eastern | 640 | 603 | 94.2 | 37 | 5.8 |
| Middle | 471 | 441 | 93.6 | 30 | 6.4 |
| Western | 411 | 403 | 98.1 | 8 | 1.9 |
| Virgin Islands | 57 | 50 | 87.7 | 7 | 12.3 |
| | | | | | |
| **FOURTH CIRCUIT** | **5,587** | **5,387** | **96.4** | **200** | **3.6** |
| Maryland | 838 | 797 | 95.1 | 41 | 4.9 |
| North Carolina | | | | | |
| Eastern | 744 | 724 | 97.3 | 20 | 2.7 |
| Middle | 403 | 398 | 98.8 | 5 | 1.2 |
| Western | 566 | 541 | 95.6 | 25 | 4.4 |
| South Carolina | 966 | 944 | 97.7 | 22 | 2.3 |
| Virginia | | | | | |
| Eastern | 1,331 | 1,270 | 95.4 | 61 | 4.6 |
| Western | 238 | 222 | 93.3 | 16 | 6.7 |
| West Virginia | | | | | |
| Northern | 262 | 256 | 97.7 | 6 | 2.3 |
| Southern | 239 | 235 | 98.3 | 4 | 1.7 |

4

| CIRCUIT | | PLEA | | TRIAL | |
|---|---|---|---|---|---|
| District | TOTAL | N | % | N | % |
| **FIFTH CIRCUIT** | **17,658** | **17,459** | **98.9** | **199** | **1.1** |
| Louisiana | | | | | |
| Eastern | 275 | 255 | 92.7 | 20 | 7.3 |
| Middle | 154 | 147 | 95.5 | 7 | 4.5 |
| Western | 252 | 238 | 94.4 | 14 | 5.6 |
| Mississippi | | | | | |
| Northern | 173 | 167 | 96.5 | 6 | 3.5 |
| Southern | 342 | 338 | 98.8 | 4 | 1.2 |
| Texas | | | | | |
| Eastern | 753 | 736 | 97.7 | 17 | 2.3 |
| Northern | 1,484 | 1,453 | 97.9 | 31 | 2.1 |
| Southern | 6,138 | 6,077 | 99.0 | 61 | 1.0 |
| Western | 8,087 | 8,048 | 99.5 | 39 | 0.5 |
| | | | | | |
| **SIXTH CIRCUIT** | **4,699** | **4,550** | **96.8** | **149** | **3.2** |
| Kentucky | | | | | |
| Eastern | 392 | 351 | 89.5 | 41 | 10.5 |
| Western | 303 | 293 | 96.7 | 10 | 3.3 |
| Michigan | | | | | |
| Eastern | 934 | 906 | 97.0 | 28 | 3.0 |
| Western | 359 | 349 | 97.2 | 10 | 2.8 |
| Ohio | | | | | |
| Northern | 716 | 695 | 97.1 | 21 | 2.9 |
| Southern | 574 | 569 | 99.1 | 5 | 0.9 |
| Tennessee | | | | | |
| Eastern | 655 | 644 | 98.3 | 11 | 1.7 |
| Middle | 321 | 312 | 97.2 | 9 | 2.8 |
| Western | 445 | 431 | 96.9 | 14 | 3.1 |
| | | | | | |
| **SEVENTH CIRCUIT** | **2,442** | **2,338** | **95.7** | **104** | **4.3** |
| Illinois | | | | | |
| Central | 241 | 233 | 96.7 | 8 | 3.3 |
| Northern | 740 | 695 | 93.9 | 45 | 6.1 |
| Southern | 266 | 262 | 98.5 | 4 | 1.5 |
| Indiana | | | | | |
| Northern | 373 | 360 | 96.5 | 13 | 3.5 |
| Southern | 414 | 400 | 96.6 | 14 | 3.4 |
| Wisconsin | | | | | |
| Eastern | 252 | 241 | 95.6 | 11 | 4.4 |
| Western | 156 | 147 | 94.2 | 9 | 5.8 |
| | | | | | |
| **EIGHTH CIRCUIT** | **4,805** | **4,666** | **97.1** | **139** | **2.9** |
| Arkansas | | | | | |
| Eastern | 453 | 446 | 98.5 | 7 | 1.5 |
| Western | 238 | 235 | 98.7 | 3 | 1.3 |
| Iowa | | | | | |
| Northern | 370 | 356 | 96.2 | 14 | 3.8 |
| Southern | 477 | 466 | 97.7 | 11 | 2.3 |
| Minnesota | 295 | 274 | 92.9 | 21 | 7.1 |
| Missouri | | | | | |
| Eastern | 847 | 834 | 98.5 | 13 | 1.5 |
| Western | 779 | 758 | 97.3 | 21 | 2.7 |
| Nebraska | 494 | 477 | 96.6 | 17 | 3.4 |
| North Dakota | 370 | 360 | 97.3 | 10 | 2.7 |
| South Dakota | 482 | 460 | 95.4 | 22 | 4.6 |

| CIRCUIT | | PLEA | | TRIAL | |
| District | TOTAL | N | % | N | % |
| **NINTH CIRCUIT** | **13,532** | **13,228** | **97.8** | **304** | **2.2** |
| **Alaska** | **197** | 190 | 96.4 | 7 | 3.6 |
| **Arizona** | **4,649** | 4,594 | 98.8 | 55 | 1.2 |
| **California** | | | | | |
|   **Central** | **1,110** | 1,052 | 94.8 | 58 | 5.2 |
|   **Eastern** | **477** | 455 | 95.4 | 22 | 4.6 |
|   **Northern** | **535** | 507 | 94.8 | 28 | 5.2 |
|   **Southern** | **3,889** | 3,837 | 98.7 | 52 | 1.3 |
| **Guam** | **44** | 43 | 97.7 | 1 | 2.3 |
| **Hawaii** | **153** | 152 | 99.3 | 1 | 0.7 |
| **Idaho** | **377** | 369 | 97.9 | 8 | 2.1 |
| **Montana** | **356** | 345 | 96.9 | 11 | 3.1 |
| **Nevada** | **458** | 438 | 95.6 | 20 | 4.4 |
| **Northern Mariana Islands** | **14** | 10 | 71.4 | 4 | 28.6 |
| **Oregon** | **421** | 410 | 97.4 | 11 | 2.6 |
| **Washington** | | | | | |
|   **Eastern** | **345** | 336 | 97.4 | 9 | 2.6 |
|   **Western** | **507** | 490 | 96.6 | 17 | 3.4 |
| | | | | | |
| **TENTH CIRCUIT** | **6,541** | **6,479** | **99.1** | **62** | **0.9** |
| **Colorado** | **525** | 502 | 95.6 | 23 | 4.4 |
| **Kansas** | **486** | 480 | 98.8 | 6 | 1.2 |
| **New Mexico** | **3,950** | 3,941 | 99.8 | 9 | 0.2 |
| **Oklahoma** | | | | | |
|   **Eastern** | **96** | 95 | 99.0 | 1 | 1.0 |
|   **Northern** | **195** | 191 | 97.9 | 4 | 2.1 |
|   **Western** | **378** | 374 | 98.9 | 4 | 1.1 |
| **Utah** | **692** | 684 | 98.8 | 8 | 1.2 |
| **Wyoming** | **219** | 212 | 96.8 | 7 | 3.2 |
| | | | | | |
| **ELEVENTH CIRCUIT** | **6,596** | **6,284** | **95.3** | **312** | **4.7** |
| **Alabama** | | | | | |
|   **Middle** | **238** | 216 | 90.8 | 22 | 9.2 |
|   **Northern** | **517** | 511 | 98.8 | 6 | 1.2 |
|   **Southern** | **287** | 278 | 96.9 | 9 | 3.1 |
| **Florida** | | | | | |
|   **Middle** | **1,542** | 1,445 | 93.7 | 97 | 6.3 |
|   **Northern** | **300** | 277 | 92.3 | 23 | 7.7 |
|   **Southern** | **2,251** | 2,140 | 95.1 | 111 | 4.9 |
| **Georgia** | | | | | |
|   **Middle** | **429** | 422 | 98.4 | 7 | 1.6 |
|   **Northern** | **570** | 539 | 94.6 | 31 | 5.4 |
|   **Southern** | **462** | 456 | 98.7 | 6 | 1.3 |

Of the 69,425 National cases, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

6

**Table 3**

**GUILTY PLEAS AND TRIALS BY TYPE OF CRIME**
**Fiscal Year 2018**

| TYPE OF CRIME | TOTAL | National | | | | Massachusetts | | | |
| | | PLEA | | TRIAL | | PLEA | | TRIAL | |
| | | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL | 69,425 | 67,610 | 97.4 | 1,815 | 2.6 | 502 | 94.9 | 27 | 5.1 |
| Administration of Justice | 730 | 682 | 93.4 | 48 | 6.6 | 5 | 83.3 | 1 | 16.7 |
| Antitrust | 53 | 48 | 90.6 | 5 | 9.4 | 0 | -- | 0 | -- |
| Arson | 55 | 48 | 87.3 | 7 | 12.7 | 0 | -- | 0 | -- |
| Assault | 692 | 653 | 94.4 | 39 | 5.6 | 11 | 91.7 | 1 | 8.3 |
| Bribery/Corruption | 317 | 293 | 92.4 | 24 | 7.6 | 0 | -- | 0 | -- |
| Burglary/Trespass | 41 | 41 | 100.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 |
| Child Pornography | 1,416 | 1,359 | 96.0 | 57 | 4.0 | 11 | 100.0 | 0 | 0.0 |
| Commercialized Vice | 146 | 142 | 97.3 | 4 | 2.7 | 0 | -- | 0 | -- |
| Drug Possession | 777 | 775 | 99.7 | 2 | 0.3 | 1 | 100.0 | 0 | 0.0 |
| Drug Trafficking | 18,747 | 18,270 | 97.5 | 477 | 2.5 | 196 | 98.0 | 4 | 2.0 |
| Environmental | 203 | 201 | 99.0 | 2 | 1.0 | 3 | 100.0 | 0 | 0.0 |
| Extortion/Racketeering | 288 | 274 | 95.1 | 14 | 4.9 | 11 | 78.6 | 3 | 21.4 |
| Firearms | 7,512 | 7,284 | 97.0 | 228 | 3.0 | 34 | 94.4 | 2 | 5.6 |
| Food and Drug | 43 | 42 | 97.7 | 1 | 2.3 | 2 | 100.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 298 | 296 | 99.3 | 2 | 0.7 | 1 | 100.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 6,620 | 6,298 | 95.1 | 322 | 4.9 | 57 | 95.0 | 3 | 5.0 |
| Immigration | 23,883 | 23,771 | 99.5 | 112 | 0.5 | 73 | 98.6 | 1 | 1.4 |
| Individual Rights | 67 | 56 | 83.6 | 11 | 16.4 | 0 | -- | 0 | -- |
| Kidnapping | 106 | 90 | 84.9 | 16 | 15.1 | 9 | 90.0 | 1 | 10.0 |
| Manslaughter | 61 | 59 | 96.7 | 2 | 3.3 | 0 | -- | 0 | -- |
| Money Laundering | 1,297 | 1,213 | 93.5 | 84 | 6.5 | 29 | 85.3 | 5 | 14.7 |
| Murder | 318 | 243 | 76.4 | 75 | 23.6 | 11 | 78.6 | 3 | 21.4 |
| National Defense | 204 | 189 | 92.6 | 15 | 7.4 | 1 | 50.0 | 1 | 50.0 |
| Obscenity/Other Sex Offenses | 384 | 383 | 99.7 | 1 | 0.3 | 6 | 100.0 | 0 | 0.0 |
| Prison Offenses | 568 | 561 | 98.8 | 7 | 1.2 | 2 | 100.0 | 0 | 0.0 |
| Robbery | 1,720 | 1,630 | 94.8 | 90 | 5.2 | 10 | 100.0 | 0 | 0.0 |
| Sexual Abuse | 1,067 | 976 | 91.5 | 91 | 8.5 | 6 | 100.0 | 0 | 0.0 |
| Stalking/Harassing | 213 | 194 | 91.1 | 19 | 8.9 | 0 | -- | 0 | -- |
| Tax | 577 | 534 | 92.5 | 43 | 7.5 | 19 | 90.5 | 2 | 9.5 |
| Other | 1,022 | 1,005 | 98.3 | 17 | 1.7 | 3 | 100.0 | 0 | 0.0 |

Of the 69,425 National cases, no cases were excluded.

Of the 529 cases from the District of Massachusetts, no cases were excluded.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 4**

**SENTENCE TYPE BY TYPE OF CRIME**
**Fiscal Year 2018**

**National**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 69,425 | 60,976 | 87.8 | 2,089 | 3.0 | 1,394 | 2.0 | 4,444 | 6.4 | 522 | 0.8 |
| Administration of Justice | 730 | 473 | 64.8 | 54 | 7.4 | 41 | 5.6 | 161 | 22.1 | 1 | 0.1 |
| Antitrust | 53 | 17 | 32.1 | 0 | 0.0 | 19 | 35.8 | 17 | 32.1 | 0 | 0.0 |
| Arson | 55 | 50 | 90.9 | 3 | 5.5 | 1 | 1.8 | 1 | 1.8 | 0 | 0.0 |
| Assault | 692 | 559 | 80.8 | 43 | 6.2 | 11 | 1.6 | 71 | 10.3 | 8 | 1.2 |
| Bribery/Corruption | 317 | 213 | 67.2 | 30 | 9.5 | 27 | 8.5 | 46 | 14.5 | 1 | 0.3 |
| Burglary/Trespass | 41 | 33 | 80.5 | 5 | 12.2 | 2 | 4.9 | 1 | 2.4 | 0 | 0.0 |
| Child Pornography | 1,416 | 1,371 | 96.8 | 32 | 2.3 | 5 | 0.4 | 8 | 0.6 | 0 | 0.0 |
| Commercialized Vice | 146 | 81 | 55.5 | 19 | 13.0 | 13 | 8.9 | 33 | 22.6 | 0 | 0.0 |
| Drug Possession | 777 | 481 | 61.9 | 1 | 0.1 | 11 | 1.4 | 183 | 23.6 | 101 | 13.0 |
| Drug Trafficking | 18,747 | 17,366 | 92.6 | 686 | 3.7 | 245 | 1.3 | 446 | 2.4 | 4 | 0.0 |
| Environmental | 203 | 52 | 25.6 | 9 | 4.4 | 18 | 8.9 | 106 | 52.2 | 18 | 8.9 |
| Extortion/Racketeering | 288 | 247 | 85.8 | 13 | 4.5 | 6 | 2.1 | 22 | 7.6 | 0 | 0.0 |
| Firearms | 7,512 | 6,865 | 91.4 | 268 | 3.6 | 126 | 1.7 | 250 | 3.3 | 3 | 0.0 |
| Food and Drug | 43 | 11 | 25.6 | 1 | 2.3 | 2 | 4.7 | 25 | 58.1 | 4 | 9.3 |
| Forgery/Counter/Copyright | 298 | 195 | 65.4 | 17 | 5.7 | 30 | 10.1 | 56 | 18.8 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 6,620 | 4,472 | 67.6 | 376 | 5.7 | 469 | 7.1 | 1,214 | 18.3 | 89 | 1.3 |
| Immigration | 23,883 | 22,390 | 93.7 | 229 | 1.0 | 150 | 0.6 | 1,113 | 4.7 | 1 | 0.0 |
| Individual Rights | 67 | 45 | 67.2 | 1 | 1.5 | 7 | 10.4 | 12 | 17.9 | 2 | 3.0 |
| Kidnapping | 106 | 105 | 99.1 | 1 | 0.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 61 | 56 | 91.8 | 3 | 4.9 | 1 | 1.6 | 1 | 1.6 | 0 | 0.0 |
| Money Laundering | 1,297 | 1,082 | 83.4 | 50 | 3.9 | 53 | 4.1 | 111 | 8.6 | 1 | 0.1 |
| Murder | 318 | 307 | 96.5 | 11 | 3.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 204 | 165 | 80.9 | 6 | 2.9 | 4 | 2.0 | 20 | 9.8 | 9 | 4.4 |
| Obscenity/Other Sex Offenses | 384 | 330 | 85.9 | 40 | 10.4 | 8 | 2.1 | 6 | 1.6 | 0 | 0.0 |
| Prison Offenses | 568 | 527 | 92.8 | 25 | 4.4 | 6 | 1.1 | 8 | 1.4 | 2 | 0.4 |
| Robbery | 1,720 | 1,631 | 94.8 | 70 | 4.1 | 7 | 0.4 | 12 | 0.7 | 0 | 0.0 |
| Sexual Abuse | 1,067 | 1,029 | 96.4 | 24 | 2.2 | 3 | 0.3 | 11 | 1.0 | 0 | 0.0 |
| Stalking/Harassing | 213 | 171 | 80.3 | 22 | 10.3 | 8 | 3.8 | 11 | 5.2 | 1 | 0.5 |
| Tax | 577 | 348 | 60.3 | 42 | 7.3 | 62 | 10.7 | 124 | 21.5 | 1 | 0.2 |
| Other | 1,022 | 304 | 29.7 | 8 | 0.8 | 59 | 5.8 | 375 | 36.7 | 276 | 27.0 |

Of the 69,425 National cases, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 5**

**SENTENCE TYPE BY TYPE OF CRIME**
**Fiscal Year 2018**

**Massachusetts**

| TYPE OF CRIME | TOTAL | Prison Only | | Prison and Alternatives | | Probation and Alternatives | | Probation Only | | Fine Only | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 529 | 424 | 80.2 | 66 | 12.5 | 16 | 3.0 | 23 | 4.3 | 0 | 0.0 |
| Administration of Justice | 6 | 4 | 66.7 | 0 | 0.0 | 0 | 0.0 | 2 | 33.3 | 0 | 0.0 |
| Antitrust | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Arson | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Assault | 12 | 8 | 66.7 | 4 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Bribery/Corruption | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Burglary/Trespass | 1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 |
| Child Pornography | 11 | 11 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Commercialized Vice | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Drug Possession | 1 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 |
| Drug Trafficking | 200 | 159 | 79.5 | 31 | 15.5 | 3 | 1.5 | 7 | 3.5 | 0 | 0.0 |
| Environmental | 3 | 2 | 66.7 | 0 | 0.0 | 0 | 0.0 | 1 | 33.3 | 0 | 0.0 |
| Extortion/Racketeering | 14 | 14 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Firearms | 36 | 29 | 80.6 | 6 | 16.7 | 0 | 0.0 | 1 | 2.8 | 0 | 0.0 |
| Food and Drug | 2 | 1 | 50.0 | 0 | 0.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 |
| Forgery/Counter/Copyright | 1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 |
| Fraud/Theft/Embezzlement | 60 | 43 | 71.7 | 8 | 13.3 | 5 | 8.3 | 4 | 6.7 | 0 | 0.0 |
| Immigration | 74 | 70 | 94.6 | 0 | 0.0 | 1 | 1.4 | 3 | 4.1 | 0 | 0.0 |
| Individual Rights | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Kidnapping | 10 | 10 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 34 | 30 | 88.2 | 3 | 8.8 | 1 | 2.9 | 0 | 0.0 | 0 | 0.0 |
| Murder | 14 | 13 | 92.9 | 1 | 7.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| National Defense | 2 | 1 | 50.0 | 1 | 50.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Obscenity/Other Sex Offenses | 6 | 1 | 16.7 | 5 | 83.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Prison Offenses | 2 | 2 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Robbery | 10 | 4 | 40.0 | 6 | 60.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Sexual Abuse | 6 | 5 | 83.3 | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| Stalking/Harassing | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Tax | 21 | 14 | 66.7 | 0 | 0.0 | 4 | 19.0 | 3 | 14.3 | 0 | 0.0 |
| Other | 3 | 3 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |

Of the 529 cases from the District of Massachusetts, no cases were excluded.

Alternatives include all cases in which offenders received conditions of confinement as described in USSG §5C1.1.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 6**

## INCARCERATION RATE OF U.S. CITIZEN OFFENDERS ELIGIBLE FOR NON-PRISON SENTENCES
## BY TYPE OF CRIME
### Fiscal Year 2018

| TYPE OF CRIME | TOTAL | National | | | | Massachusetts | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Prison Sentence | | Non-Prison Sentence | | Prison Sentence | | Non-Prison Sentence | |
| | | N | % | N | % | N | % | N | % |
| TOTAL | 4,343 | 1,931 | 44.5 | 2,412 | 55.5 | 7 | 50.0 | 7 | 50.0 |
| Administration of Justice | 144 | 74 | 51.4 | 70 | 48.6 | 1 | 50.0 | 1 | 50.0 |
| Antitrust | 8 | 3 | 37.5 | 5 | 62.5 | 0 | -- | 0 | -- |
| Arson | 1 | 1 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Assault | 114 | 59 | 51.8 | 55 | 48.2 | 0 | -- | 0 | -- |
| Bribery/Corruption | 18 | 1 | 5.6 | 17 | 94.4 | 0 | -- | 0 | -- |
| Burglary/Trespass | 8 | 6 | 75.0 | 2 | 25.0 | 0 | 0.0 | 1 | 100.0 |
| Child Pornography | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Commercialized Vice | 48 | 17 | 35.4 | 31 | 64.6 | 0 | -- | 0 | -- |
| Drug Possession | 311 | 123 | 39.5 | 188 | 60.5 | 0 | 0.0 | 1 | 100.0 |
| Drug Trafficking | 449 | 280 | 62.4 | 169 | 37.6 | 2 | 100.0 | 0 | 0.0 |
| Environmental | 84 | 17 | 20.2 | 67 | 79.8 | 0 | -- | 0 | -- |
| Extortion/Racketeering | 11 | 5 | 45.5 | 6 | 54.5 | 0 | -- | 0 | -- |
| Firearms | 115 | 46 | 40.0 | 69 | 60.0 | 0 | -- | 0 | -- |
| Food and Drug | 27 | 3 | 11.1 | 24 | 88.9 | 0 | -- | 0 | -- |
| Forgery/Counter/Copyright | 62 | 31 | 50.0 | 31 | 50.0 | 0 | -- | 0 | -- |
| Fraud/Theft/Embezzlement | 1,565 | 537 | 34.3 | 1,028 | 65.7 | 2 | 40.0 | 3 | 60.0 |
| Immigration | 537 | 353 | 65.7 | 184 | 34.3 | 0 | 0.0 | 1 | 100.0 |
| Individual Rights | 14 | 5 | 35.7 | 9 | 64.3 | 0 | -- | 0 | -- |
| Kidnapping | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Manslaughter | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Money Laundering | 44 | 17 | 38.6 | 27 | 61.4 | 1 | 100.0 | 0 | 0.0 |
| Murder | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| National Defense | 11 | 1 | 9.1 | 10 | 90.9 | 0 | -- | 0 | -- |
| Obscenity/Other Sex Offenses | 13 | 12 | 92.3 | 1 | 7.7 | 0 | -- | 0 | -- |
| Prison Offenses | 228 | 215 | 94.3 | 13 | 5.7 | 0 | -- | 0 | -- |
| Robbery | 0 | 0 | -- | 0 | -- | 0 | -- | 0 | -- |
| Sexual Abuse | 2 | 2 | 100.0 | 0 | 0.0 | 0 | -- | 0 | -- |
| Stalking/Harassing | 23 | 16 | 69.6 | 7 | 30.4 | 0 | -- | 0 | -- |
| Tax | 25 | 5 | 20.0 | 20 | 80.0 | 0 | -- | 0 | -- |
| Other | 481 | 102 | 21.2 | 379 | 78.8 | 1 | 100.0 | 0 | 0.0 |

Of the 69,425 National cases, a U.S. Citizen was the offender in 39,458 cases.  Of these, 35,115 cases were excluded because the offender was ineligible for a non-prison sentence.

Of the 529 cases from the District of Massachusetts, a U.S. Citizen was the offender in 344 cases.  Of these, 330 cases were excluded because the offender was ineligible for a non-prison sentence.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

## Table 7

### SENTENCE LENGTH BY TYPE OF CRIME
### Fiscal Year 2018

| TYPE OF CRIME | National Mean Months | Median Months | N | Massachusetts Mean Months | Median Months | N |
|---|---|---|---|---|---|---|
| TOTAL | **44** | **20** | **69,425** | **53** | **24** | **529** |
| Administration of Justice | 13 | 9 | 730 | 7 | 6 | 6 |
| Antitrust | 5 | 1 | 53 | -- | -- | 0 |
| Arson | 65 | 48 | 55 | -- | -- | 0 |
| Assault | 56 | 33 | 692 | 119 | 120 | 12 |
| Bribery/Corruption | 23 | 15 | 317 | -- | -- | 0 |
| Burglary/Trespass | 21 | 18 | 41 | -- | -- | 1 |
| Child Pornography | 104 | 87 | 1,416 | 106 | 120 | 11 |
| Commercialized Vice | 17 | 8 | 146 | -- | -- | 0 |
| Drug Possession | 3 | 1 | 777 | -- | -- | 1 |
| Drug Trafficking | 76 | 60 | 18,747 | 44 | 36 | 200 |
| Environmental | 3 | 0 | 203 | 1 | 0 | 3 |
| Extortion/Racketeering | 39 | 27 | 288 | 43 | 33 | 14 |
| Firearms | 53 | 41 | 7,512 | 48 | 42 | 36 |
| Food and Drug | 8 | 0 | 43 | -- | -- | 2 |
| Forgery/Counter/Copyright | 14 | 12 | 298 | -- | -- | 1 |
| Fraud/Theft/Embezzlement | 23 | 12 | 6,620 | 22 | 15 | 60 |
| Immigration | 10 | 6 | 23,883 | 8 | 6 | 74 |
| Individual Rights | 27 | 12 | 67 | -- | -- | 0 |
| Kidnapping | 179 | 138 | 106 | 189 | 174 | 10 |
| Manslaughter | 65 | 40 | 61 | -- | -- | 0 |
| Money Laundering | 59 | 35 | 1,297 | 66 | 46 | 34 |
| Murder | 291 | 292 | 318 | 334 | 327 | 14 |
| National Defense | 52 | 30 | 204 | -- | -- | 2 |
| Obscenity/Other Sex Offenses | 19 | 18 | 384 | 12 | 12 | 6 |
| Prison Offenses | 12 | 11 | 568 | -- | -- | 2 |
| Robbery | 106 | 88 | 1,720 | 71 | 69 | 10 |
| Sexual Abuse | 191 | 180 | 1,067 | 251 | 210 | 6 |
| Stalking/Harassing | 30 | 24 | 213 | -- | -- | 0 |
| Tax | 17 | 12 | 577 | 15 | 12 | 21 |
| Other | 3 | 0 | 1,022 | 0 | 0 | 3 |

Of the 69,425 National cases, no cases were excluded.

Of the 529 cases from the District of Massachusetts, no cases were excluded.

Sentences of 470 months or greater (including life) and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1.

SOURCE: U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 8**

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE[1]
### Fiscal Year 2018

| | National | | Massachusetts | |
|---|---|---|---|---|
| | **N** | **%** | **N** | **%** |
| **TOTAL CASES** | **68,902** | **100.0** | **527** | **100.0** |
| **SENTENCES UNDER THE GUIDELINES MANUAL** | **51,702** | **75.0** | **272** | **51.6** |
| Within Guideline Range | 35,127 | 51.0 | 166 | 31.5 |
| Upward Departure[2] | 396 | 0.6 | 4 | 0.8 |
| Downward Departure | | | | |
| §5K1.1 Substantial Assistance | 6,948 | 10.1 | 53 | 10.1 |
| §5K3.1 Early Disposition Program | 6,259 | 9.1 | 11 | 2.1 |
| Other Government Motion[3] | 1,272 | 1.8 | 17 | 3.2 |
| Non-Government Departure[4] | 1,700 | 2.5 | 21 | 4.0 |
| **VARIANCES** | **17,200** | **25.0** | **255** | **48.4** |
| Upward Variance[5] | 1,404 | 2.0 | 8 | 1.5 |
| Downward Variance | | | | |
| Government Motion[6] | 3,795 | 5.5 | 64 | 12.1 |
| Non-Government Variance[7] | 12,001 | 17.4 | 183 | 34.7 |

[1]  This table reflects the 69,425 cases reported to the Commission in fiscal year 2018, 529 of which were from the District of Massachusetts.  Of these, 523 cases nationally and two cases from the District of Massachusetts were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

[2]  Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1.

[3]  Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution initiated, proposed, or stipulated to the sentence.

[4]  Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part V of the Statement of Reasons form, other than §5K1.1 or §5K3.1, and where the prosecution did not initiate, propose, or stipulate to the sentence.

[5]  Cases in which the sentence imposed was above the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form.

[6]  Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, and where the prosecution initiated, proposed, or stipulated to the sentence.

[7]  Cases in which the sentence imposed was below the applicable guideline range and for which the court cited a reason on Part VI of the Statement of Reasons form, or where no reason was given, and where the prosecution did not initiate, propose, or stipulate to the sentence.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

**Table 9**

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
## IN EACH CIRCUIT AND DISTRICT[1]
### Fiscal Year 2018

| CIRCUIT | | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | | |
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
| District | TOTAL | N | % | N | % | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL** | **68,902** | **35,127** | **51.0** | **396** | **0.6** | **6,948** | **10.1** | **6,259** | **9.1** | **2,972** | **4.3** | **17,200** | **25.0** |
| | | | | | | | | | | | | | |
| **D.C. CIRCUIT** | **217** | **85** | **39.2** | **1** | **0.5** | **27** | **12.4** | **0** | **0.0** | **24** | **11.1** | **80** | **36.9** |
| **District of Columbia** | **217** | 85 | 39.2 | 1 | 0.5 | 27 | 12.4 | 0 | 0.0 | 24 | 11.1 | 80 | 36.9 |
| | | | | | | | | | | | | | |
| **FIRST CIRCUIT** | **1,739** | **781** | **44.9** | **12** | **0.7** | **152** | **8.7** | **11** | **0.6** | **80** | **4.6** | **703** | **40.4** |
| **Maine** | **178** | 63 | 35.4 | 2 | 1.1 | 44 | 24.7 | 0 | 0.0 | 7 | 3.9 | 62 | 34.8 |
| **Massachusetts** | **527** | 166 | 31.5 | 4 | 0.8 | 53 | 10.1 | 11 | 2.1 | 38 | 7.2 | 255 | 48.4 |
| **New Hampshire** | **184** | 73 | 39.7 | 0 | 0.0 | 13 | 7.1 | 0 | 0.0 | 5 | 2.7 | 93 | 50.5 |
| **Puerto Rico** | **757** | 462 | 61.0 | 6 | 0.8 | 34 | 4.5 | 0 | 0.0 | 30 | 4.0 | 225 | 29.7 |
| **Rhode Island** | **93** | 17 | 18.3 | 0 | 0.0 | 8 | 8.6 | 0 | 0.0 | 0 | 0.0 | 68 | 73.1 |
| | | | | | | | | | | | | | |
| **SECOND CIRCUIT** | **3,458** | **1,130** | **32.7** | **15** | **0.4** | **585** | **16.9** | **19** | **0.5** | **165** | **4.8** | **1,544** | **44.7** |
| **Connecticut** | **322** | 124 | 38.5 | 1 | 0.3 | 43 | 13.4 | 0 | 0.0 | 37 | 11.5 | 117 | 36.3 |
| **New York** | | | | | | | | | | | | | |
|   Eastern | **662** | 168 | 25.4 | 0 | 0.0 | 145 | 21.9 | 2 | 0.3 | 71 | 10.7 | 276 | 41.7 |
|   Northern | **373** | 188 | 50.4 | 3 | 0.8 | 71 | 19.0 | 3 | 0.8 | 9 | 2.4 | 99 | 26.5 |
|   Southern | **1,438** | 367 | 25.5 | 3 | 0.2 | 196 | 13.6 | 14 | 1.0 | 37 | 2.6 | 821 | 57.1 |
|   Western | **503** | 248 | 49.3 | 8 | 1.6 | 104 | 20.7 | 0 | 0.0 | 5 | 1.0 | 138 | 27.4 |
| **Vermont** | **160** | 35 | 21.9 | 0 | 0.0 | 26 | 16.3 | 0 | 0.0 | 6 | 3.8 | 93 | 58.1 |
| | | | | | | | | | | | | | |
| **THIRD CIRCUIT** | **2,114** | **869** | **41.1** | **8** | **0.4** | **465** | **22.0** | **22** | **1.0** | **64** | **3.0** | **686** | **32.5** |
| **Delaware** | **77** | 29 | 37.7 | 0 | 0.0 | 8 | 10.4 | 6 | 7.8 | 1 | 1.3 | 33 | 42.9 |
| **New Jersey** | **464** | 190 | 40.9 | 2 | 0.4 | 99 | 21.3 | 2 | 0.4 | 9 | 1.9 | 162 | 34.9 |
| **Pennsylvania** | | | | | | | | | | | | | |
|   Eastern | **637** | 213 | 33.4 | 2 | 0.3 | 211 | 33.1 | 3 | 0.5 | 20 | 3.1 | 188 | 29.5 |
|   Middle | **470** | 258 | 54.9 | 2 | 0.4 | 73 | 15.5 | 11 | 2.3 | 19 | 4.0 | 107 | 22.8 |
|   Western | **410** | 139 | 33.9 | 2 | 0.5 | 65 | 15.9 | 0 | 0.0 | 14 | 3.4 | 190 | 46.3 |
| **Virgin Islands** | **56** | 40 | 71.4 | 0 | 0.0 | 9 | 16.1 | 0 | 0.0 | 1 | 1.8 | 6 | 10.7 |
| | | | | | | | | | | | | | |
| **FOURTH CIRCUIT** | **5,501** | **3,084** | **56.1** | **65** | **1.2** | **721** | **13.1** | **6** | **0.1** | **216** | **3.9** | **1,409** | **25.6** |
| **Maryland** | **816** | 284 | 34.8 | 14 | 1.7 | 161 | 19.7 | 0 | 0.0 | 68 | 8.3 | 289 | 35.4 |
| **North Carolina** | | | | | | | | | | | | | |
|   Eastern | **693** | 408 | 58.9 | 18 | 2.6 | 156 | 22.5 | 0 | 0.0 | 11 | 1.6 | 100 | 14.4 |
|   Middle | **403** | 236 | 58.6 | 6 | 1.5 | 41 | 10.2 | 0 | 0.0 | 4 | 1.0 | 116 | 28.8 |
|   Western | **565** | 330 | 58.4 | 2 | 0.4 | 119 | 21.1 | 0 | 0.0 | 8 | 1.4 | 106 | 18.8 |
| **South Carolina** | **965** | 560 | 58.0 | 10 | 1.0 | 137 | 14.2 | 1 | 0.1 | 31 | 3.2 | 226 | 23.4 |
| **Virginia** | | | | | | | | | | | | | |
|   Eastern | **1,327** | 856 | 64.5 | 10 | 0.8 | 45 | 3.4 | 0 | 0.0 | 68 | 5.1 | 348 | 26.2 |
|   Western | **235** | 106 | 45.1 | 4 | 1.7 | 43 | 18.3 | 0 | 0.0 | 16 | 6.8 | 66 | 28.1 |
| **West Virginia** | | | | | | | | | | | | | |
|   Northern | **262** | 170 | 64.9 | 0 | 0.0 | 10 | 3.8 | 0 | 0.0 | 5 | 1.9 | 77 | 29.4 |
|   Southern | **235** | 134 | 57.0 | 1 | 0.4 | 9 | 3.8 | 5 | 2.1 | 5 | 2.1 | 81 | 34.5 |

13

| CIRCUIT | | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| District | TOTAL | N | % | N | % | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FIFTH CIRCUIT** | **17,588** | **12,223** | **69.5** | **127** | **0.7** | **929** | **5.3** | **670** | **3.8** | **872** | **5.0** | **2,767** | **15.7** |
| **Louisiana** | | | | | | | | | | | | | |
| Eastern | 275 | 137 | 49.8 | 3 | 1.1 | 34 | 12.4 | 3 | 1.1 | 10 | 3.6 | 88 | 32.0 |
| Middle | 153 | 90 | 58.8 | 2 | 1.3 | 26 | 17.0 | 0 | 0.0 | 0 | 0.0 | 35 | 22.9 |
| Western | 239 | 156 | 65.3 | 1 | 0.4 | 22 | 9.2 | 0 | 0.0 | 0 | 0.0 | 60 | 25.1 |
| **Mississippi** | | | | | | | | | | | | | |
| Northern | 161 | 73 | 45.3 | 0 | 0.0 | 36 | 22.4 | 0 | 0.0 | 2 | 1.2 | 50 | 31.1 |
| Southern | 338 | 269 | 79.6 | 1 | 0.3 | 20 | 5.9 | 0 | 0.0 | 0 | 0.0 | 48 | 14.2 |
| **Texas** | | | | | | | | | | | | | |
| Eastern | 753 | 534 | 70.9 | 3 | 0.4 | 14 | 1.9 | 0 | 0.0 | 10 | 1.3 | 192 | 25.5 |
| Northern | 1,479 | 948 | 64.1 | 13 | 0.9 | 178 | 12.0 | 1 | 0.1 | 54 | 3.7 | 285 | 19.3 |
| Southern | 6,136 | 3,628 | 59.1 | 93 | 1.5 | 343 | 5.6 | 423 | 6.9 | 599 | 9.8 | 1,050 | 17.1 |
| Western | 8,054 | 6,388 | 79.3 | 11 | 0.1 | 256 | 3.2 | 243 | 3.0 | 197 | 2.4 | 959 | 11.9 |
| **SIXTH CIRCUIT** | **4,648** | **2,072** | **44.6** | **19** | **0.4** | **855** | **18.4** | **15** | **0.3** | **253** | **5.4** | **1,434** | **30.9** |
| **Kentucky** | | | | | | | | | | | | | |
| Eastern | 392 | 220 | 56.1 | 3 | 0.8 | 55 | 14.0 | 0 | 0.0 | 11 | 2.8 | 103 | 26.3 |
| Western | 302 | 143 | 47.4 | 1 | 0.3 | 55 | 18.2 | 5 | 1.7 | 18 | 6.0 | 80 | 26.5 |
| **Michigan** | | | | | | | | | | | | | |
| Eastern | 929 | 387 | 41.7 | 1 | 0.1 | 143 | 15.4 | 3 | 0.3 | 12 | 1.3 | 383 | 41.2 |
| Western | 359 | 193 | 53.8 | 8 | 2.2 | 61 | 17.0 | 0 | 0.0 | 15 | 4.2 | 82 | 22.8 |
| **Ohio** | | | | | | | | | | | | | |
| Northern | 716 | 314 | 43.9 | 3 | 0.4 | 176 | 24.6 | 0 | 0.0 | 29 | 4.1 | 194 | 27.1 |
| Southern | 574 | 158 | 27.5 | 0 | 0.0 | 100 | 17.4 | 5 | 0.9 | 128 | 22.3 | 183 | 31.9 |
| **Tennessee** | | | | | | | | | | | | | |
| Eastern | 630 | 326 | 51.7 | 0 | 0.0 | 160 | 25.4 | 0 | 0.0 | 8 | 1.3 | 136 | 21.6 |
| Middle | 307 | 111 | 36.2 | 2 | 0.7 | 59 | 19.2 | 1 | 0.3 | 28 | 9.1 | 106 | 34.5 |
| Western | 439 | 220 | 50.1 | 1 | 0.2 | 46 | 10.5 | 1 | 0.2 | 4 | 0.9 | 167 | 38.0 |
| **SEVENTH CIRCUIT** | **2,433** | **907** | **37.3** | **10** | **0.4** | **331** | **13.6** | **2** | **0.1** | **161** | **6.6** | **1,022** | **42.0** |
| **Illinois** | | | | | | | | | | | | | |
| Central | 237 | 106 | 44.7 | 0 | 0.0 | 26 | 11.0 | 0 | 0.0 | 6 | 2.5 | 99 | 41.8 |
| Northern | 740 | 208 | 28.1 | 3 | 0.4 | 79 | 10.7 | 2 | 0.3 | 81 | 10.9 | 367 | 49.6 |
| Southern | 266 | 152 | 57.1 | 3 | 1.1 | 32 | 12.0 | 0 | 0.0 | 8 | 3.0 | 71 | 26.7 |
| **Indiana** | | | | | | | | | | | | | |
| Northern | 371 | 166 | 44.7 | 0 | 0.0 | 76 | 20.5 | 0 | 0.0 | 8 | 2.2 | 121 | 32.6 |
| Southern | 414 | 165 | 39.9 | 2 | 0.5 | 81 | 19.6 | 0 | 0.0 | 6 | 1.4 | 160 | 38.6 |
| **Wisconsin** | | | | | | | | | | | | | |
| Eastern | 250 | 46 | 18.4 | 1 | 0.4 | 32 | 12.8 | 0 | 0.0 | 1 | 0.4 | 170 | 68.0 |
| Western | 155 | 64 | 41.3 | 1 | 0.6 | 5 | 3.2 | 0 | 0.0 | 51 | 32.9 | 34 | 21.9 |
| **EIGHTH CIRCUIT** | **4,795** | **2,168** | **45.2** | **38** | **0.8** | **658** | **13.7** | **54** | **1.1** | **132** | **2.8** | **1,745** | **36.4** |
| **Arkansas** | | | | | | | | | | | | | |
| Eastern | 444 | 277 | 62.4 | 0 | 0.0 | 32 | 7.2 | 0 | 0.0 | 6 | 1.4 | 129 | 29.1 |
| Western | 238 | 106 | 44.5 | 0 | 0.0 | 27 | 11.3 | 0 | 0.0 | 2 | 0.8 | 103 | 43.3 |
| **Iowa** | | | | | | | | | | | | | |
| Northern | 370 | 226 | 61.1 | 5 | 1.4 | 70 | 18.9 | 0 | 0.0 | 1 | 0.3 | 68 | 18.4 |
| Southern | 476 | 200 | 42.0 | 0 | 0.0 | 83 | 17.4 | 0 | 0.0 | 3 | 0.6 | 190 | 39.9 |
| **Minnesota** | 295 | 95 | 32.2 | 5 | 1.7 | 45 | 15.3 | 0 | 0.0 | 15 | 5.1 | 135 | 45.8 |
| **Missouri** | | | | | | | | | | | | | |
| Eastern | 847 | 327 | 38.6 | 4 | 0.5 | 104 | 12.3 | 0 | 0.0 | 8 | 0.9 | 404 | 47.7 |
| Western | 779 | 286 | 36.7 | 4 | 0.5 | 123 | 15.8 | 0 | 0.0 | 51 | 6.5 | 315 | 40.4 |
| **Nebraska** | 494 | 243 | 49.2 | 0 | 0.0 | 16 | 3.2 | 43 | 8.7 | 4 | 0.8 | 188 | 38.1 |
| **North Dakota** | 370 | 118 | 31.9 | 4 | 1.1 | 143 | 38.6 | 10 | 2.7 | 14 | 3.8 | 81 | 21.9 |
| **South Dakota** | 482 | 290 | 60.2 | 16 | 3.3 | 15 | 3.1 | 1 | 0.2 | 28 | 5.8 | 132 | 27.4 |

14

| CIRCUIT District | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | VARIANCE | |
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NINTH CIRCUIT** | **13,439** | **4,357** | **32.4** | **68** | **0.5** | **1,021** | **7.6** | **4,521** | **33.6** | **607** | **4.5** | **2,865** | **21.3** |
| Alaska | 196 | 63 | 32.1 | 0 | 0.0 | 35 | 17.9 | 0 | 0.0 | 1 | 0.5 | 97 | 49.5 |
| Arizona | 4,580 | 1,794 | 39.2 | 45 | 1.0 | 112 | 2.4 | 1,938 | 42.3 | 96 | 2.1 | 595 | 13.0 |
| California | | | | | | | | | | | | | |
|   Central | 1,103 | 367 | 33.3 | 1 | 0.1 | 141 | 12.8 | 107 | 9.7 | 88 | 8.0 | 399 | 36.2 |
|   Eastern | 476 | 202 | 42.4 | 0 | 0.0 | 81 | 17.0 | 22 | 4.6 | 20 | 4.2 | 151 | 31.7 |
|   Northern | 532 | 177 | 33.3 | 3 | 0.6 | 91 | 17.1 | 4 | 0.8 | 24 | 4.5 | 233 | 43.8 |
|   Southern | 3,887 | 632 | 16.3 | 9 | 0.2 | 213 | 5.5 | 2,355 | 60.6 | 295 | 7.6 | 383 | 9.9 |
| Guam | 44 | 26 | 59.1 | 0 | 0.0 | 10 | 22.7 | 0 | 0.0 | 1 | 2.3 | 7 | 15.9 |
| Hawaii | 153 | 79 | 51.6 | 0 | 0.0 | 39 | 25.5 | 0 | 0.0 | 1 | 0.7 | 34 | 22.2 |
| Idaho | 377 | 208 | 55.2 | 1 | 0.3 | 63 | 16.7 | 14 | 3.7 | 10 | 2.7 | 81 | 21.5 |
| Montana | 355 | 132 | 37.2 | 1 | 0.3 | 89 | 25.1 | 0 | 0.0 | 3 | 0.8 | 130 | 36.6 |
| Nevada | 454 | 196 | 43.2 | 1 | 0.2 | 32 | 7.0 | 11 | 2.4 | 19 | 4.2 | 195 | 43.0 |
| Northern Mariana Islands | 14 | 6 | 42.9 | 0 | 0.0 | 4 | 28.6 | 0 | 0.0 | 0 | 0.0 | 4 | 28.6 |
| Oregon | 418 | 114 | 27.3 | 4 | 1.0 | 47 | 11.2 | 0 | 0.0 | 28 | 6.7 | 225 | 53.8 |
| Washington | | | | | | | | | | | | | |
|   Eastern | 345 | 156 | 45.2 | 1 | 0.3 | 49 | 14.2 | 17 | 4.9 | 11 | 3.2 | 111 | 32.2 |
|   Western | 505 | 205 | 40.6 | 2 | 0.4 | 15 | 3.0 | 53 | 10.5 | 10 | 2.0 | 220 | 43.6 |
| **TENTH CIRCUIT** | **6,515** | **3,832** | **58.8** | **24** | **0.4** | **359** | **5.5** | **921** | **14.1** | **302** | **4.6** | **1,077** | **16.5** |
| Colorado | 518 | 215 | 41.5 | 1 | 0.2 | 89 | 17.2 | 58 | 11.2 | 18 | 3.5 | 137 | 26.4 |
| Kansas | 479 | 193 | 40.3 | 4 | 0.8 | 94 | 19.6 | 1 | 0.2 | 9 | 1.9 | 178 | 37.2 |
| New Mexico | 3,945 | 2,803 | 71.1 | 12 | 0.3 | 50 | 1.3 | 680 | 17.2 | 144 | 3.7 | 256 | 6.5 |
| Oklahoma | | | | | | | | | | | | | |
|   Eastern | 96 | 67 | 69.8 | 0 | 0.0 | 5 | 5.2 | 0 | 0.0 | 1 | 1.0 | 23 | 24.0 |
|   Northern | 195 | 70 | 35.9 | 2 | 1.0 | 38 | 19.5 | 0 | 0.0 | 28 | 14.4 | 57 | 29.2 |
|   Western | 378 | 198 | 52.4 | 0 | 0.0 | 30 | 7.9 | 2 | 0.5 | 7 | 1.9 | 141 | 37.3 |
| Utah | 687 | 212 | 30.9 | 3 | 0.4 | 34 | 4.9 | 159 | 23.1 | 78 | 11.4 | 201 | 29.3 |
| Wyoming | 217 | 74 | 34.1 | 2 | 0.9 | 19 | 8.8 | 21 | 9.7 | 17 | 7.8 | 84 | 38.7 |
| **ELEVENTH CIRCUIT** | **6,455** | **3,619** | **56.1** | **9** | **0.1** | **845** | **13.1** | **18** | **0.3** | **96** | **1.5** | **1,868** | **28.9** |
| Alabama | | | | | | | | | | | | | |
|   Middle | 238 | 124 | 52.1 | 0 | 0.0 | 45 | 18.9 | 0 | 0.0 | 2 | 0.8 | 67 | 28.2 |
|   Northern | 509 | 298 | 58.5 | 1 | 0.2 | 105 | 20.6 | 0 | 0.0 | 6 | 1.2 | 99 | 19.4 |
|   Southern | 287 | 167 | 58.2 | 0 | 0.0 | 45 | 15.7 | 0 | 0.0 | 7 | 2.4 | 68 | 23.7 |
| Florida | | | | | | | | | | | | | |
|   Middle | 1,540 | 798 | 51.8 | 1 | 0.1 | 253 | 16.4 | 12 | 0.8 | 28 | 1.8 | 448 | 29.1 |
|   Northern | 295 | 160 | 54.2 | 0 | 0.0 | 52 | 17.6 | 5 | 1.7 | 2 | 0.7 | 76 | 25.8 |
|   Southern | 2,148 | 1,231 | 57.3 | 4 | 0.2 | 207 | 9.6 | 1 | 0.0 | 26 | 1.2 | 679 | 31.6 |
| Georgia | | | | | | | | | | | | | |
|   Middle | 419 | 317 | 75.7 | 0 | 0.0 | 35 | 8.4 | 0 | 0.0 | 4 | 1.0 | 63 | 15.0 |
|   Northern | 557 | 174 | 31.2 | 1 | 0.2 | 48 | 8.6 | 0 | 0.0 | 19 | 3.4 | 315 | 56.6 |
|   Southern | 462 | 350 | 75.8 | 2 | 0.4 | 55 | 11.9 | 0 | 0.0 | 2 | 0.4 | 53 | 11.5 |

Of the 69,425 National cases, 523 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE: U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

# Table 10

## SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
## BY TYPE OF CRIME
## Fiscal Year 2018

### National

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | DOWNWARD | | VARIANCE | |
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | | | | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | **68,902** | 35,127 | 51.0 | 396 | 0.6 | 6,948 | 10.1 | 6,259 | 9.1 | 2,972 | 4.3 | 17,200 | 25.0 |
| **Child Pornography** | **1,416** | 404 | 28.5 | 9 | 0.6 | 27 | 1.9 | 0 | 0.0 | 88 | 6.2 | 888 | 62.7 |
| **Drug Trafficking** | **18,730** | 6,786 | 36.2 | 68 | 0.4 | 4,015 | 21.4 | 1,332 | 7.1 | 932 | 5.0 | 5,597 | 29.9 |
| **Firearms** | **7,496** | 4,178 | 55.7 | 65 | 0.9 | 511 | 6.8 | 3 | 0.0 | 317 | 4.2 | 2,422 | 32.3 |
| **Fraud/Theft/Embezzlement** | **6,528** | 3,069 | 47.0 | 30 | 0.5 | 911 | 14.0 | 4 | 0.1 | 241 | 3.7 | 2,273 | 34.8 |
| **Immigration** | **23,750** | 15,458 | 65.1 | 120 | 0.5 | 177 | 0.7 | 4,900 | 20.6 | 779 | 3.3 | 2,316 | 9.8 |
| **Money Laundering** | **1,296** | 325 | 25.1 | 2 | 0.2 | 381 | 29.4 | 2 | 0.2 | 87 | 6.7 | 499 | 38.5 |
| **Robbery** | **1,720** | 662 | 38.5 | 26 | 1.5 | 264 | 15.3 | 3 | 0.2 | 124 | 7.2 | 641 | 37.3 |
| **Sexual Abuse** | **1,067** | 429 | 40.2 | 3 | 0.3 | 81 | 7.6 | 1 | 0.1 | 76 | 7.1 | 477 | 44.7 |
| **Other Miscellaneous Offenses** | **6,899** | 3,816 | 55.3 | 73 | 1.1 | 581 | 8.4 | 14 | 0.2 | 328 | 4.8 | 2,087 | 30.3 |

### Massachusetts

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | DOWNWARD | | VARIANCE | |
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | | | | | | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| **TOTAL** | **527** | 166 | 31.5 | 4 | 0.8 | 53 | 10.1 | 11 | 2.1 | 38 | 7.2 | 255 | 48.4 |
| **Child Pornography** | **11** | 4 | 36.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 7 | 63.6 |
| **Drug Trafficking** | **200** | 56 | 28.0 | 2 | 1.0 | 24 | 12.0 | 0 | 0.0 | 13 | 6.5 | 105 | 52.5 |
| **Firearms** | **36** | 16 | 44.4 | 0 | 0.0 | 2 | 5.6 | 0 | 0.0 | 2 | 5.6 | 16 | 44.4 |
| **Fraud/Theft/Embezzlement** | **59** | 15 | 25.4 | 0 | 0.0 | 11 | 18.6 | 0 | 0.0 | 7 | 11.9 | 26 | 44.1 |
| **Immigration** | **73** | 41 | 56.2 | 0 | 0.0 | 3 | 4.1 | 11 | 15.1 | 2 | 2.7 | 16 | 21.9 |
| **Money Laundering** | **34** | 5 | 14.7 | 0 | 0.0 | 7 | 20.6 | 0 | 0.0 | 5 | 14.7 | 17 | 50.0 |
| **Robbery** | **10** | 3 | 30.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 7 | 70.0 |
| **Sexual Abuse** | **6** | 1 | 16.7 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 5 | 83.3 |
| **Other Miscellaneous Offenses** | **98** | 25 | 25.5 | 2 | 2.0 | 6 | 6.1 | 0 | 0.0 | 9 | 9.2 | 56 | 57.1 |

Of the 69,425 National cases, 523 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range.

Of the 529 cases from the District of Massachusetts, two cases were excluded because information was missing from the from the submitted documents that prevented the comparison of the sentence and the guideline range.

SOURCE:  U.S. Sentencing Commission, 2018 Datafile, USSCFY18.

16