UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>  v.<br><br>JOHN M. LYNCH<br>    Defendant. | )<br>)<br>)<br>)   CASE NO. 1:19-CR-10319-001-PBS<br>)<br>)<br>) |

**SATISFACTION OF RESTITUTION AND/OR FINE JUDGMENT**

Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, restitution and/or fine Judgment as to the defendant in the above-captioned matter, John M. Lynch, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

                  Respectfully submitted,

                  UNITED STATES OF AMERICA
                  By its attorneys

                  ANDREW E. LELLING
                  United States Attorney

           By:   /s/ Alexandra W. Amrhein
                ALEXANDRA W. AMRHEIN (BBO 676604)
                Assistant United States Attorney
                One Courthouse Way, Suite 9200
                Boston, MA 02210
                (617) 748-3197
                Alexandra. Amrhein@usdoj.gov

Date: March 11, 2020

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2020, this document was filed through the ECF system and sent electronically to any registered participants and/or a paper copy was sent by mail to John M.Lynch located in Boston, Ma.

                  /s/ Alexandra W. Amrhein
                  ALEXANDRA W. AMRHEIN
                  Assistant United States Attorney